# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1515
Lower Tribunal No. 18-4015-FC-04
_____

**Andrea Minnucci,**
Appellant,

vs.

**Pamela Falconi,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ivonne Cuesta, Judge.

The Law Office of Kenneth J. Louie, and Kenneth J. Louie (Plantation), for appellant.

Pamela Falconi, in proper person.

Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.